[Cite as *Arthur v. Ohio Veterans Home*, 2011-Ohio-2737.]

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DEBRA A. ARTHUR

    Plaintiff

    v.

OHIO VETERANS HOME

    Defendant

    Case No. 2010-10378-AD

Deputy Clerk Daniel R. Borchert

MEMORANDUM DECISION

## FINDINGS OF FACT

**{¶ 1}** 1) Plaintiff, Debra A. Arthur, filed this action against defendant, Ohio Veterans Home (OVH), contending her books/magazines were lost while under the control of OVH staff at sometime during November 2009. Plaintiff requested damages in the amount of $101.90, the stated replacement cost of the books/magazines. The filing fee was paid.

**{¶ 2}** 2) Defendant filed an investigation report admitting responsibility for the loss claimed, plus filing fee reimbursement.

## CONCLUSIONS OF LAW

**{¶ 3}** 1) Sufficient proof of liability on the part of defendant has been shown. *Bauman v. Ohio Veterans Home*, Ct. of Cl. No. 2003-01016-AD, 2003-Ohio-2617; *Wertenberger v. Ohio Veterans Home Agency*, Ct. of Cl. No. 2005-11027-AD, 2006-Ohio-191.

**{¶ 4}** 2) Plaintiff has suffered damages in the amount of $101.90, plus $25.00 which constitutes costs pursuant to R.C. 2335.19. See *Bailey v. Ohio*

*Department of Rehabilitation and Correction* (1990), 62 Ohio Misc. 2d 19, 587 N.E. 2d 990.

# Court of Claims of Ohio

The Ohio Judicial Center
65 South Front Street, Third Floor
Columbus, OH 43215
614.387.9800 or 1.800.824.8263
www.cco.state.oh.us

DEBRA A. ARTHUR

    Plaintiff

    v.

OHIO VETERANS HOME

    Defendant

    Case No. 2010-10378-AD

Deputy Clerk Daniel R. Borchert

ENTRY OF ADMINISTRATIVE
DETERMINATION

Having considered all the evidence in the claim file and, for the reasons set forth in the memorandum decision filed concurrently herewith, judgment is rendered in favor of plaintiff in the amount of $126.90, which includes the filing fee. Court costs are assessed against defendant.

                      DANIEL R. BORCHERT
                      Deputy Clerk

Entry cc:

Debra A. Arthur  
1321 Milan Road  
Sandusky, Ohio  44870

Gregory J. Kowalski, Chief Legal Counsel  
Ohio Veterans Homes  
Sandusky, Ohio  44870

RDK/laa  
2/22  
Filed 3/9/11  
Sent to S.C. reporter 5/27/11